IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **LUCIOUS BOSWELL,** | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | CASE NO. 3:98-CV-130 (HL) |
| | : | 28 U.S.C. § 2255 |
| | : | CASE NO. 3:96-CR-08 (HL) |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 306) filed December 12, 2005 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the petitioner to the Magistrate Judge's Recommendation (Doc. 307) filed December 27, 2005 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 31st day of January, 2006.

s/ Hugh Lawson
HUGH LAWSON, Judge
United States District Court