**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

| | : | |
|---|---|---|
| **LUCIOUS BOSWELL,** | : | |
| | : | |
| Movant | : | |
| | : | |
| v. | : | CASE NO. 3:07-CV-41 (HL) |
| | : | Rule 60(b)(6) Motion |
| | | CASE NO. 3:96-CR-8-3 (HL) |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| Respondent | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 346) filed August 28, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

The Objection of the movant to the Magistrate Judge's Recommendation (Doc. 350) filed October 1, 2007 has also been read and thoroughly considered and is found to be without merit.

**SO ORDERED,** this the 22nd day of October, 2006.

                                                *s/ Hugh Lawson*
                                              **HUGH LAWSON, Judge**
                                              **United States District Court**