# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

LUSCIOUS BOSWELL :
:
v. : Case No. 3:96-CR-8-3
:
UNITED STATES OF AMERICA :
:

# ORDER

This matter is before the Court on the Motion for Documents (Doc. 375) filed by Luscious Boswell. Luscious Boswell is challenging his life sentence in a habeas action in the Northern District of Georgia. Mr. Boswell filed his habeas petition in forma pauperis. He now asks this Court to provide certain documents to him for no cost pursuant to 28 U.S.C. § 2250. That statute states:

> If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner without cost certified copies of such documents or parts of the record on file in his office <u>as may be required by order of the Judge before whom the application is pending</u>.

(emphasis added). Here, there is no order from a judge of the Northern District of Georgia instructing this Court to provide such documents. For this reason, the Motion for Documents (Doc. 375) is denied.

**SO ORDERED**, this the 30th day of April, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, Senior Judge

jch