**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | Case No. 3:96-cr-00008-HL |
| **LUCIOUS BOSWELL,** | : | |
| | : | |
| **Defendant.** | : | |

_____

**ORDER**

Lucious Boswell, a federal prisoner, has filed a petition for Writ of Audita Querela under the All Writs Act, 28 U.S.C. § 1651. (Doc. 378). The Court dismisses Boswell's Petition for lack of jurisdiction.

Boswell was convicted of three drug crimes and sentenced to imprisonment for life. (Doc. 378-2). In his Petition for Writ of Audita Querela, Boswell contends that the general sentence imposed by the Court violates the Fifth and Fourteenth Amendments. (Doc. 378).

Because Boswell "is collaterally attacking his sentence as violating the United States Constitution, the proper avenue of relief is [section] 2255." United States v. Holt, 417 F.3d 1172, 1175 (11th Cir. 2005). The Court thus construes Boswell's Petition as a motion to vacate under 28 U.S.C. § 2255. Boswell previously petitioned for "correction of execution of judgment" under 28 § U.S.C 2241. (Doc. 378). His petition, construed as a motion to vacate under 28 § U.S.C 2255, was dismissed. (Doc. 255). His application for leave to file a successive motion to vacate was denied by the Court of Appeals for the Eleventh Circuit

under 28 U.S.C. §§ 2244(b)(3) and 2255(h). (Doc. 342-2). "Without authorization, the [C]ourt lack[s] jurisdiction to consider [Boswell's] second or successive petition." Farris v. United States, 333 F.3d 1211, 1216 (11th Cir. 2003). As this Petition constitutes a second or successive §2255 petition, the Court lacks jurisdiction to consider the Petition. Accordingly, Boswell's Petition for Writ of Audita Querela is dismissed.

SO ORDERED, this the 21st day of July, 2010.

s/ Hugh Lawson
HUGH LAWSON, SENIOR JUDGE

wef