**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **LUCIUS BOSWELL,** Defendant. | Case No.: 3:96-CR-8 (HL) |

**ORDER**

Before the Court is Defendant's to Proceed on Appeal In Forma Pauperis (Doc. 382). For the following reasons, Defendant's Motion is denied.

"[A]n appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). In the context of this statute, good faith means that the litigant seeks the review of issues that are not frivolous from an objective standard. United States v. Wilson, 707 F.Supp. 1582, 1583 (M.D.Ga. 1989).

Defendant is not entitled to proceed in forma pauperis on appeal because the appeal is not taken in good faith. Defendant has not pointed the Court to any nonfrivolous issues that he intends to present on appeal.

The Federal Rules of Appellate Procedure also govern motions to proceed in forma pauperis. Rule 24 requires that a party who desires to appeal in forma pauperis file a motion in the district court . The party must attach an affidavit that: (A) shows in the detail prescribed by the Form 4 of the Appendix of Forms the party's inability to pay or to give security for fees and costs; (B) claims an entitlement to

redress; and (C) states the issues that the party intends to present on appeal. Fed. R. App. P. 24(a)(1). Here, Defendant has not provided a legal point on which to base the appeal of the denial of his motion to compel and motion for reconsideration as required by Rule 24(a)(1)(C).

Defendant's Motion to Proceed on Appeal In Forma Pauperis (Doc. 382) is denied. Defendant is advised to consult Rule 24(a)(5) of the Federal Rules of Appellate Procedure.

**SO ORDERED**, this the 4th day of August, 2010.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh