# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| LUCIUS BOSWELL, | |
| Petitioner | |
| VS. | NO. 3:96-CR-8 (HL) |
| UNITED STATES OF AMERICA, | |
| Respondent | **O R D E R** |

Before the Court is petitioner **LUCIUS BOSWELL'S** notice of appeal, construed as a motion for a Certificate of Appealability ("COA"), from the Court's July 21, 2010 order that petitioner's 28 U.S.C. § 2255 motion be denied. As this Court explained in its order denying petitioner's petition for "Writ of Audita Querela under the All Writs Act," petitioner filed what amounts to a section 2255 petition. Petitioner has previously filed section 2255 motions (Tab #s 197, 286, 339). Because petitioner has not applied to the Eleventh Circuit Court of Appeals for permission to file a successive habeas petition, this Court found that it lacked jurisdiction to consider petitioner's latest request for relief.

Under section 2253(c)(2), a COA may issue only if the applicant makes " a substantial showing of the denial of a constitutional right." This requires a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." **See Slack v. McDaniel**, 529 U.S. 473, 478 (2000).

For the reasons stated in this Court's July 21st order, the Court finds that petitioner's petition lacks merit and that reasonable jurists could not find that a dismissal of petitioner's

claims was debatable or wrong. Accordingly, it is hereby **ORDERED** that petitioner's application for a COA be **DENIED**.

**SO ORDERED**, this 10th day of September, 2010.

<u>*s/ Hugh Lawson*</u>
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr